BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2991
Facsimile:   (916) 554-2900

Attorneys for Defendant
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.H., *a minor, by her guardian ad-litem Chantal Holt,* WILLIAM KENNETH HOLT AND CHANTAL HOLT<br><br>                          Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>                          Defendant. | CASE NO.  2:11-cv-01963-LKK-JFM<br><br>**ORDER AMENDING STATUS (PRETRIAL SCHEDULING) ORDER** |

The Court having read and considered the United States' Motion to Amend the Pretrial (Scheduling) Order [Doc. 24] and for good cause showing,

**IT IS HEREBY ORDERED** that the deadlines in the case are extended as follows: DEFENDANT'S EXPERT WITNESS DISCLOSURES are to be made by May 9, 2013.

All other deadlines in the case remain as follows:  All SUPPLEMENTAL EXPERT WITNESS DISCLOSURES are to be made by June 13, 2013; DISCOVERY is to be completed by July 17, 2013; a final LIST OF EXPERTS the parties propose to present at trial is to be filed 45 days before the close of discovery; MID-LITIGATION STATEMENTS are to be filed on or before July 3, 2013; LAW AND MOTION is to be completed by September 17, 2013; the FINAL PRETRIAL CONFERENCE is set for December 9, 2013, at 1:30 p.m.; TRIAL is set for March 10, 2014, at 10:30 a.m.

**[PROPOSED] ORDER AMENDING STATUS (PRETRIAL SCHEDULING) ORDER**

1

**IT IS SO ORDERED.**

Dated: April 10, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

[PROPOSED] ORDER AMENDING
STATUS (PRETRIAL
SCHEDULING) ORDER