Case 2:11-cv-01963-MCE-DB   Document 136   Filed 03/07/14   Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.H., a minor, by her guardian ad litem Chantal Holt, WILLIAM KENNETH HOLT and CHANTAL HOLT,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CIV. S-11-1963 LKK DAD<br><br>**ORDER** |

The government's application for an order permitting it to take the videoconference testimony of two witnesses came on for hearing on March 6, 2014.  The court orders as follows:

  1.   The government may take the testimony of Drs. Dennis Szurkus and Timothy Livingston by video-conference.[1]

  2.   However, the testimony of Dr. Szurkus may not be taken on the requested March 13, 2014, 11:00 a.m. date and time, as that would unduly interfere with plaintiffs' case.  The

---

[1] The government is authorized to notify the court's video-conferencing staff of this order, and it is authorized to test the court's video-conference equipment.

1

government may take the video-conference testimony of Dr. Szurkus at any time during the government's own case. Alternatively, the government may take the testimony at any other time before the close of trial, if the parties so stipulate and timely notify the court's video-conferencing staff.

3. It appears that plaintiff intends to call Dr. Thorpe on March 20, 2014, at 9:30 a.m., during the government's case. The government may take the testimony of Dr. Livingston by video-conference in the afternoon of that day, at 1:30 p.m. Alternatively, the government may take the testimony at any other time before the close of trial, if the parties so stipulate and timely notify the court's video-conferencing staff.

IT IS SO ORDERED.

DATED: March 7, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT