UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.H., a minor, by her guardian ad litem Chantal Holt, WILLIAM KENNETH HOLT and CHANTAL HOLT,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. CIV. S-11-1963 LKK DAD<br><br>**ORDER** |

Plaintiffs have failed to show good cause for their late designation of Exhibits 41-47, 52 and 52A-52N. Accordingly, those designations will not be considered. Plaintiffs' late-filed ex parte application to designate Exhibits 52A-52N (ECF No. 138), is hereby **DENIED**.

As indicated in the court's prior order, plaintiffs are permitted to designate Exhibits 48-51, and 53-59, notwithstanding their late designation.

IT IS SO ORDERED.

DATED: March 11, 2014.

                                              LAWRENCE K. KARLTON<br>                                              SENIOR JUDGE<br>                                              UNITED STATES DISTRICT COURT

1