BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
ALYSON A. BERG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.H., *a minor, by her guardian ad-litem Chantal Holt*, WILLIAM KENNETH HOLT, AND CHANTAL HOLT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  2:11-CV-01963-MCE-DAD<br><br>**NOTICE OF APPEAL; REPRESENTATION STATEMENT**<br><br>**Fed. R. App. Proc. 3;**<br>**Ninth Cir. Rules 3-1 and 3-2.** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that the United States hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's July 9, 2014, Amended Judgment (Dkt. No. 185), as further amended by this Court's October 29, 2014, Memorandum and Order (Dkt. No. 193), as well as all interlocutory orders in the matter including but not limited to the District Court's denial of the United States' motion for summary judgment (Dkt. No. 59), its orders on motions in limine (Dkt. No. 108), its denial of the motion to strike testimony of Plaintiffs' expert (Dkt. No. 146), its Amended Order finding for Plaintiffs (Dkt. No. 182 and 184), and its order denying in part the United States' motion to alter or amend the Judgment (Dkt. No. 193).

Respectfully Submitted,

DATED:  December 23, 2014

BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

United States' Notice of Appeal and Representation Statement                                                               1

**REPRESENATION STATEMENT**

Pursuant to Circuit Rule 3-2, the United States attaches the following Representation Statement:

Plaintiffs S.H., Chantal Holt, William Kenneth Holt are represented by

Martin M. Berman
Law Offices of Martin M. Berman
400 South Farrell Dr. Suite B-102
Palm Springs, CA 92262-7961
Telephone: (818)986-8000
Facsimile: (760) 323-0049
E-mail: mmberman@earthlink.net

and

Jeanne Anne Steffin
Law Offices of Jeanne Anne Steffin
626 North Garfield Avenue, Suite A
Alhambra CA 91801-1448
Telephone: (626)235-1173
Facsimile: (626) 227-1999
E-mail: jsteffin@steffin.com

and

Erin Steffin (SBN. 239208)
Law Office of Erin Steffin
3260 N. Hayden Road, Suite 210
Scottsdale AZ 85251
Telephone: (480) 285-8259
Facsimile: (480)272-1775
E-mail: esteffin@gmail.com

RESPECTFULLY SUBMITTED,

DATED:  December 23, 2014                          BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   By:    */s/ Gregory T. Broderick*
                                                      GREGORY T. BRODERICK
                                                      Assistant United States Attorney